HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00238-JLT-SKO |
| Plaintiff, | **APPLICATION AND ORDER FOR APPOINTMENT OF CJA PANEL COUNSEL** |
| vs. | |
| JOSEPH MCWILLIAMS, | |
| Defendant, | |

Defendant, Joseph McWilliams, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA panel counsel. Our office has a conflict.

On April 29, 2022, this Court relieved retained attorney Mark Coleman and referred the matter to the Office of the Federal Defenders to obtain a Financial Affidavit and seek appointment of counsel. Mr. McWilliams who is currently in custody submits the attached Financial Affidavit as evidence of his inability to retain counsel.

///

///

///

///

After reviewing her Financial Affidavit it is respectfully recommended that CJA panel counsel Peter A Leeming from the Northern District of California be promptly appointed *nunc pro tunc* as of May 11, 2022 to facilitate in advance for upcoming hearing regarding new counsel.

DATED:  May 12, 2022                              */s/ Eric V. Kersten*

                                                  ERIC V. KERSTEN
                                                  Assistant Federal Defender
                                                  Branch Chief, Fresno Office

## **O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA panel counsel Peter A Leeming from the Northern District of California be promptly appointed *nunc pro tunc* as of May 11, 2022  pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:  **May 12, 2022**                              /s/ *Barbara A. McAuliffe*
                                                                  UNITED STATES MAGISTRATE JUDGE